UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| **KENYON DEVON AMES,**         ) | |
|                                   ) | |
|    *Plaintiff,*                   ) | |
|                                   ) | |
|    **v.**                          ) | Case No. 8:26-cv-00762-LKG |
| **ENTERPRISE RAC COMPANY**    ) | |
| **OF MARYLAND, LLC**             ) | |
|    *Defendant.*                ) | |

**DEFENDANT ENTERPRISE RAC COMPANY
OF MARYLAND, LLC'S MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure Rule 12(b)(6), Defendant Enterprise RAC Company of Maryland (hereinafter "Enterprise" or the "Company"), by counsel, hereby moves to dismiss Plaintiff's Complaint. Specifically, as shown in the attached Memorandum in Support, Plaintiff's wrongful discharge claim must be dismissed because Plaintiff has failed to sufficiently plead facts to make such a claim plausible.

WHEREFORE, for the reasons set forth above and in the attached Memorandum in Support, Enterprise respectfully requests that the Court dismiss all claims asserted against it in the Complaint filed by Plaintiff and award such other relief as is just and proper.

Enterprise will gladly participate in a Hearing before this honorable Court if such a Hearing will assist the court in adjudicating the instant Motion.

Date: February 24, 2026                                Respectfully submitted,

                                                         */s/ Edward Lee Isler*
                                                         Edward Lee Isler, Md. Fed. Bar No. 22332
                                                         Micah E. Ticatch, Md. Fed. Bar No. 21208
                                                         John W. H. Harding, *Md. Fed. Bar Admission Pending*
                                                         ISLER DARE, P.C.

        1945 Old Gallows Road, Suite 650
        Vienna, Virginia 22182
        (703) 748-2690 (main)
        (703) 748 2695 (fax )
        eisler@islerdare.com
        mticatch@islerdare,com
        jharding@islerdare.com

*Attorneys for Defendant*
*Enterprise RAC Company of Maryland, LLC*

**CERTIFICATE OF SERVICE**

I certify that on this 24th day of February 2026, I caused a true and correct copy of the foregoing to be sent by electronic mail to Plaintiff at kinghallmark@aol.com, and by United States mail to Plaintiff as follows:

>Kenyon Devon Ames
>2465 J17 Centerville Rd.
>Herndon, VA 20170
>
>*Pro Se Plaintiff*

>*/s/ Edward Lee Isler*
>Edward Lee Isler, Bar No. 22332
>ISLER DARE, P.C.
>1945 Old Gallows Road, Suite 650
>Vienna, Virginia 22182
>(703) 748-2690 (main)
>(703) 748 2695 (fax)
>eisler@islerdare.com
>
>*Attorney for Defendant*
>*Enterprise RAC Company of Maryland, LLC*