UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GREENBELT DIVISION

| | |
|---|---|
| **KENYON DEVON AMES,**  )<br>)<br>*Plaintiff,*  )<br>)<br>v.  )<br>)<br>**ENTERPRISE RAC COMPANY**  )<br>**OF MARYLAND, LLC**  )<br>)<br>*Defendant.*  )<br>_____ ) | Case No.  8:26-cv-00762-LKG |

**ORDER**

Upon consideration of Defendant Enterprise RAC Company of Maryland, LLC's Motion to Dismiss and Memorandum in Support thereof ("Motion"), it is hereby:

ORDERED that, for good cause, the Motion is GRANTED; and it is further;

ORDERED that this action is dismissed with prejudice in its entirety.

Entered this ____ day of _____, 2026

_____
The Hon. Lydia K Griggsby
United States District Judge