

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Catherine M. Stavlas, Clerk of Court
David E. Ciambruschini, Chief Deputy

Reply to Southern Division Address

February 26, 2026

Kenyon Devon Ames
2465 J17 Centerville Rd
Herndon, VA 20170

   RE: Ames v. Enterprise RAC Company of Maryland, LLC
      26-cv-762-LKG

Dear Party:

The above-captioned case has been removed from Circuit Court for Montgomery County to this Court and assigned the above case number.

          Sincerely,

          /s/
         Catherine M. Stavlas, Clerk

cc: All counsel/parties

Removal Notification Letter (03/2014)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov