UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| **KENYON DEVON AMES,** )<br> )<br> *Plaintiff,* )<br> )<br> v. )<br> )<br> **ENTERPRISE RAC COMPANY** )<br> **OF MARYLAND, LLC** )<br> )<br> *Defendant.* )<br> ) | Case No. 8:26-CV-00762-LKG |

### DEFENDANT'S STATEMENT PURSUANT TO
### AMENDED STANDING ORDER 2021-13

Pursuant to the Court's Amended Standing Order 2021-13 (Dkt No. 6), Defendant Enterprise RAC Company Maryland, LLC ("Defendant") states as follows:

1. Defendant was served with Plaintiff's state court Summons and Complaint on January 29, 2026.

2. In this action, this Court has diversity jurisdiction. Diversity jurisdiction exists because no party is a citizen of Maryland: Plaintiff is a citizen of Virginia and Defendant is a citizen of Missouri because it is a limited liability company comprised of sole member Enterprise Holdings, Inc., an entity incorporated in Missouri and with its principal place of business in Missouri.

3. In this action, removal took place on February 24, 2026, which was less than thirty (30) days after Defendant was first served with the Summons and Complaint.

4. The action in state court was not commenced more than one year before the date of removal.

5. There are no defendants other than Defendant Enterprise RAC Company Maryland, LLC, and thus no additional defendants were served prior to the time of removal.

Date: February 27, 2026          Respectfully submitted,

                 _/s/ Edward Lee Isler_
                 Edward Lee Isler, Bar No.  22332
                 Micah E. Ticatch, Bar No. 21208
                 John W. H. Harding
                 ISLER DARE, P.C.
                 1945 Old Gallows Road, Suite 650
                 Vienna, Virginia 22182
                 (703) 748-2690 (main)
                 (703) 748 2695 (fax)
                 eisler@islerdare.com
                 mticatch@islerdare,com
                 jharding@islerdare.com

                 *Attorneys for Defendant*
                 *Enterprise RAC Company of Maryland, LLC*

## CERTIFICATE OF SERVICE

I certify that on this 27th day of February 2026, I caused a true and correct copy of the foregoing to be sent by United States and electronic mail to Plaintiff as follows:

>Kenyon Devon Ames
>2465 J-17 Centreville Rd.
>Herndon, VA 20170
>kinghallmark@aol.com
>
>*Pro Se Plaintiff*

>  /s/ Edward Lee Isler
> Edward Lee Isler, Bar No. 22332
> ISLER DARE, P.C.
> 1945 Old Gallows Road, Suite 650
> Vienna, Virginia 22182
> (703) 748-2690 (main)
> (703) 748 2695 (fax)
> eisler@islerdare.com
>
> *Attorney for Defendant*
> *Enterprise RAC Company of Maryland, LLC*