**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| KENYON DEVON AMES, <br><br> Plaintiff, <br><br> v. <br><br> ENTERPRISE RAC COMPANY OF MARYLAND, LLC, <br><br> Defendant. | ) <br> ) <br> ) Civil Action No. 8:26-cv-00762-LKG <br> ) <br> ) Dated: March 13, 2026 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SCHEDULING ORDER

On February 24, 2026, the Defendant removed this matter to this Court.  ECF No. 1. On February 24, 2026, the Defendant filed a motion to dismiss, pursuant to Fed. R. Civ. P. 12(b)(6).  ECF No. 4.  The parties shall adhere to the following schedule for the briefing of Defendant's motion:

Plaintiff's response.                          **March 27, 2026**

Defendant's reply brief.                   **April 3, 2026**

**IT IS SO ORDERED.**


s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge