MOTION FOR LEAVE TO AMEND COMPLAINT

HD

Rcv'd by: _____

USDC- GREENBELT
'26 MAR 25 AM9:21

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

GREENBELT DIVISION

KENYON DEVON AMES

 Plaintiff

v.

ENTERPRISE RAC COMPANY

 OF MARYLAND, LLC

 Defendant

Civil Action No.: 8:26-cv-00762-LKG

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff Kenyon Devon Ames, proceeding pro se, respectfully moves this Court for leave to file an Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).

In support, Plaintiff states as follows:

1. Purpose of Amendment

Defendant has filed a Motion to Dismiss under Rule 12(b)(6) arguing that Plaintiff failed to identify a clear mandate of Maryland public policy supporting his wrongful discharge claim.

Plaintiff seeks leave to amend the Complaint to clarify the specific public policy and federal safety regulation underlying the claim, namely the Federal Motor Carrier Safety Regulations governing the safe operation of commercial vehicles on public highways.

Specifically, Plaintiff seeks to expressly identify the following regulation:

49 C.F.R. § 396.7 — Unsafe Operations Forbidden

This regulation provides:

"A motor vehicle shall not be operated in such a condition as to likely cause an accident or a breakdown of the vehicle."

2. Clear Mandate of Public Policy

The Federal Motor Carrier Safety Regulations ("FMCSR") constitute a comprehensive federal regulatory framework designed to ensure the safe operation of commercial motor vehicles on public highways and to protect the safety of the traveling public.

The prohibition on operating unsafe commercial vehicles under 49 C.F.R. § 396.7 reflects a clear public policy that commercial vehicles must not be operated in unsafe mechanical condition.

Plaintiff's employment duties included operating commercial vehicles on public roadways.

Plaintiff reported that certain Enterprise vehicles were being operated with active engine malfunction indicators and unsafe mechanical conditions, which posed a safety risk and violated the safety principles embodied in 49 C.F.R. § 396.7.

3. Protected Conduct

Plaintiff engaged in protected conduct by reporting unsafe vehicle conditions affecting public roadway safety, including vehicles operating with active engine warning indicators and unsafe operational conditions.

Plaintiff made these reports in good faith to:

• Company management

• Human Resources

• OSHA / MOSH

• The Virginia State Police

These reports directly implicated the federal regulatory policy requiring that unsafe commercial vehicles not be operated on public highways.

4. Retaliatory Termination

After Plaintiff raised these safety concerns, Plaintiff alleges that Defendant terminated his employment and used a pretextual justification involving alleged improper conduct.

Plaintiff contends that the stated justification was pretextual, and that the true motivating factor was Plaintiff's reporting of unsafe vehicle conditions affecting public safety.

5. Amendment is Proper

Federal Rule of Civil Procedure 15(a)(2) provides that courts should freely grant leave to amend when justice so requires.

This amendment is sought for the limited purpose of clarifying the specific regulatory public policy underlying Plaintiff's wrongful discharge claim.

The amendment does not change the core factual allegations of the case and will assist the Court in resolving the issues raised in Defendant's Motion to Dismiss.

6. No Prejudice to Defendant

Allowing amendment will not prejudice Defendant because:

• the case remains at the pleading stage

• discovery has not begun

• the amendment merely clarifies the legal basis of the existing claim

7. Interests of Justice

Granting leave to amend will allow the case to be decided on the merits rather than on a pleading technicality.

WHEREFORE

Plaintiff respectfully requests that this Court:

Grant Plaintiff leave to file the proposed Amended Complaint, and

Grant any other relief the Court deems appropriate.

Respectfully submitted,

/s/ Kenyon Devon Ames

Kenyon Devon Ames

2465 J17 Centreville Road

Herndon, VA 20171

240-750-8040

kinghallmark@aol.com

Plaintiff, Pro Se