IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

GREENBELT DIVISION

KENYON DEVON AMES

Plaintiff

v.

ENTERPRISE RAC COMPANY OF MARYLAND, LLC

Defendant

Civil Action No. 8:26-cv-00762-LKG

PROPOSED ORDER

Upon consideration of Plaintiff's Motion for Leave to File Amended Complaint, and any response thereto, it is hereby

ORDERED that:

Plaintiff's Motion for Leave to File Amended Complaint is GRANTED; and

The Amended Complaint attached to the Motion shall be deemed FILED as of the date of this Order.

SO ORDERED.

Date: _____

Lydia Kay Griggsby

United States District Judge

CERTIFICATE OF SERVICE

I hereby certify that on this 25 day of March, 2026, a copy of the foregoing document was served on Defendant's counsel by electronic mail and/or the Court's CM/ECF filing system to:

Edward Isler

eisler@islerdare.com

Counsel for Defendant

Enterprise RAC Company of Maryland, LLC

/s/ Kenyon Devon Ames

Kenyon Devon Ames

2465 J17 Centreville Road

Herndon, VA 20171

240-750-8040

kinghallmark@aol.com

Plaintiff, Pro Se