**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| KENYON DEVON AMES, | ) | |
| | ) | |
| Plaintiff *pro se*, | ) | |
| | ) | Civil Action 26-cv-00762-LKG |
| v. | ) | |
| | ) | Dated: June 12, 2026 |
| ENTERPRISE RAC COMPANY OF MARYLAND, LLC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### **ORDER**

For the reasons stated in the Court's memorandum opinion dated June 12, 2026, the Court:

(1) **GRANTS** the Defendant's motion to dismiss (ECF No. 4);

(2) **DENIES** the Plaintiff's motion for leave to amend the complaint (ECF No. 11); and

(3) **DIMISSES** the complaint.

The Clerk is **DIRECTED** to **CLOSE** the case.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge